UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 2:12-md-02311<br>Honorable Sean F. Cox |
| In Re: Automotive Lamps<br>In Re: HID Ballasts | Case No. 2:13-cv-01205-SFC-RSW<br>Case No. 2:13-cv-01705-SFC-RSW |
| THIS RELATES TO:<br>State Attorneys General | |
| **STATE OF CALIFORNIA,**<br>**ex rel. Xavier Becerra,**<br>**Attorney General of the State of California**<br>                Plaintiffs,<br>v.<br>**Koito Manufacturing Co.,**<br>**Ltd., and North American Lighting, Inc.**<br>                Defendants. | Case No.: 2:20-cv-11790<br>**Notice of Voluntary Dismissal** |

Under Federal Rule of Civil Procedure 41(a), the State of California and its state agencies dismiss Koito Manufacturing Co., Ltd., and North American Lighting, Inc. (collectively, "Defendants") from this action.

Defendants have not filed an answer or motion for summary judgment with respect to the State of California's Complaint. The action has settled against Defendants under the terms of the attached settlement agreement. Dismissal of this action against Defendants is with prejudice and the parties shall bear their own attorneys' fees and costs.

Dated: July 1, 2020

XAVIER BECERRA
Attorney General of California

/s/ Anik Banerjee
KATHLEEN E. FOOTE
Senior Assistant Attorney General
ANIK BANERJEE
CA State Bar No. 236960
WINSTON H. CHEN
Deputy Attorneys General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Tel: (213) 269-6058
Anik.Banerjee@doj.ca.gov
*Attorneys for Plaintiffs*